**ORIGINAL**

HARDY MYERS
Attorney General
CHARLES E. FLETCHER #84218
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 378-6313
Fax: (503) 378-3465
Email: charles.fletcher@state.or.us

Attorneys for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MIGUEL ESPINOZA, LILIA ESPINOZA, ON THEIR OWN BEHALF AND ON BEHALF OF THE CLASS OF ALL SIMILARLY SITUATED PERSONS, <br><br> Plaintiffs, <br><br> v. <br><br> IDENTIX, a California Corporation, fka DIGITAL BIOMETRICS, INC. and VISIONICS, the STATE OF OREGON, THEODORE KULONGOSKI, HARDY MYERS, and Does 1-15, et al., <br><br> Defendants. | Case No. **CV'04  1160    AS** <br><br> NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (FEDERAL QUESTION) |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that defendants hereby remove to this Court the state court

action described below.

Page 1 -    NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (FEDERAL QUESTION)
CEF/cjw/TR1J4769 DOC

1.      On July 12, 2004, plaintiffs commenced an action in the Circuit Court of Multnomah County for the State of Oregon, entitled *Miguel Espinoza, Lilia Espinoza, on their Own Behalf and on Behalf of the Class of all Similarly Situated Persons, Plaintiffs, v. Identix, a California Corporation, fka Digital Biometrics, Inc., and Visionics, the State of Oregon, Theodore Kulongoski, Hardy Myers, and Does 1-15, et al.* (the Espinoza Action).

2.      Copies of all process and pleadings served upon defendants in the Espinoza Action are attached hereto as Exhibit A collectively. There have been no orders served upon defendants.

3.      The Espinoza Action alleges numerous violations of plaintiffs' rights and immunities under the First, Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution and seeks relief pursuant to 42 U.S.C. § 1983.

4.      No defendant filed a responsive pleading in the state court action.

5.      This petition for removal is filed within 30 days of July 22, 2004, the date of service of summons and complaint upon defendants.

6.      This action is a civil action in which this court has original jurisdiction under 28 U.S.C. § 1331 and is one that may be removed to this Court by the defendants herein, pursuant to the provisions of 28 U.S.C. § 1441, in that it arises under the constitution and laws of the United States.

7.      This notice is signed pursuant to Fed. R. Civ. P. 11.

Page 2 -     NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (FEDERAL QUESTION)
            CEF/cjw/TRIJ4769.DOC

8.    All defendants that have been served with summons and complaint consent to removal.

DATED this 19th day of August, 2004.

Respectfully submitted,

HARDY MYERS
Attorney General

CHARLES E. FLETCHER #84218
Assistant Attorney General
Trial Attorney
Of Attorneys for Defendants State of Oregon,
Theodore Kulongoski and Hardy Myers
Tel: (503) 378-6313
Fax: (503) 378-3465

ERIC R. TODDERUD #87363
Heller Ehrman White & McAuliffe
Of Attorneys for Defendants Identix, Digital
Biometrics, Inc. and Visionics
Tel: (503) 227-7400
Fax: 503) 241-0950

Page 3 -    NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (FEDERAL QUESTION)
CEF/cjw/TRIJ4769.DOC