IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MIGUEL ESPINOZA, LILIA ESPINOZA,
ON THEIR OWN BEHALF AND ON
BEHALF OF THE CLASS OF ALL
SIMILARLY SITUATED PERSONS,

                                       Civil No. 04-1160-AS

        Plaintiffs,

     v.                               JUDGMENT

IDENTIX, a California Corporation, fka
DIGITAL BIOMETRICS, INC. and
VISIONICS, the STATE OF OREGON,
THEODORE KULONGOSKI, HARDY
MYERS, and Does 1-15, et al.,

        Defendants.

    Based on the record and the order filed herewith, the summary judgment motion (#23) of defendant Identix is GRANTED.  The motion to dismiss under Rule 41(a)(2) (#57) of plaintiffs is DENIED.

    This action is dismissed.

    IT IS SO ORDERED.

    DATED this 17 day of June, 2005.

                        /s/  Malcolm F. Marsh
                        Malcolm F. Marsh
                        United States District Judge

1 - JUDGMENT